IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDY NICHOLAW,                               No. C-07-2522 MMC

        Plaintiff                                **ORDER RE: PLAINTIFF'S MAY 16, 2007 LETTER**

  v.

WALT DISNEY CO., et al.,

        Defendants
                                       /

        The Court is in receipt of plaintiff's letter dated May 16, 2007, in which plaintiff requests a ruling on his motion for a temporary restraining order and preliminary injunction, specifically, that the Court issue a temporary restraining order and set a date for hearing on his request for a preliminary injunction.

        Plaintiff is hereby informed that the Court will not consider plaintiff's motion for a temporary restraining order and/or a preliminary injunction until plaintiff has paid the partial filing fee, (see Order filed May 14, 2007), and has filed proof of service on defendants of the summons, a copy of the complaint, and a copy of the above-referenced motion.[1]

        **IT IS SO ORDERED.**

Dated: May 18, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

    [1]Plaintiff has not shown the Court should consider his motion for a temporary restraining order without affording defendants notice thereof.