UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANDY NICHOLAW,

        Plaintiff,

  v.

WALT DISNEY CO et al,

        Defendant.
                                            /

Case Number: CV07-02522 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andy Nicholaw
2302 Sandpiper Way
Pleasanton, CA 94566

Dated: May 21, 2007

                                            Richard W. Wieking, Clerk

                                            *Tracy Lucero*

                                            By: Tracy Lucero, Deputy Clerk