United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ANDY NICHOLAW,                              No. C-07-2522 MMC

12             Plaintiff               **ORDER DENYING PLAINTIFF'S**
                                       **REQUEST FOR DEFAULT**
13        v.

14   WALT DISNEY CO., et al.,

15             Defendants
                                              /
16

17        The Court is in receipt of plaintiff's "Request for Entry of Default [and] Clerk's

18   Judgment," filed June 21, 2007.

19        Plaintiff asserts each defendant named herein has been served and has failed to

20   timely respond to the operative complaint, the First Amended Complaint ("FAC").  In

21   support of his assertion that each defendant has been served, plaintiff relies on a

22   declaration from one Robert Forest, who states he "served" the FAC, the summons, and

23   other documents at "Corporate office address of Walt Disney Co., Mr. Robert A. Iger, CEO

24   and President, Walt Disney Co." in Burbank, California, and that he mailed a copy of such

25   documents to the Burbank office, where, according to a "UPS Tracking Summary," the

26   documents were delivered to a person identified only as "Sherin."

27        The Court finds plaintiff has failed to show proper service of any defendant.

28        First, plaintiff has failed to show he effectuated service on Walt Disney Co., because

1  plaintiff has not shown proper service on a corporation in compliance with Rule 4(h) of the

2  Federal Rules of Civil Procedure.

3       Second, plaintiff has failed to show he effectuated service on Robert A. Iger,

4  because plaintiff has not shown proper service on an individual in compliance with Rule

5  4(e).

6       Finally, with respect to each remaining defendant, plaintiff has failed to show any

7  attempt at service, and his conclusory assertion that Walt Disney Co. is "respondent [sic]

8  superior, et alis" with respect to the other defendants has no bearing on the issue of

9  service.

10       Accordingly, plaintiff's request is hereby DENIED.

11       **IT IS SO ORDERED.**

12

13  Dated:  June 25, 2007

14  MAXINE M. CHESNEY
    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28