IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY NICHOLAW, | No. C-07-2522 MMC |
| Plaintiff | **ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; VACATING HEARING** |
| v. | |
| WALT DISNEY CO., et al., | |
| Defendants / | |

The Court is in receipt of plaintiff's "Motion for Default Judgment," filed June 25, 2007.

By order filed June 25, 2007, the Court denied plaintiff's request for entry of default, filed June 21, 2007. Accordingly, because defendants are not in default, plaintiff's motion for default judgment is hereby DENIED.

The hearing scheduled for July 13, 2007 is VACATED.

**IT IS SO ORDERED.**

Dated: June 27, 2007

_____
MAXINE M. CHESNEY
United States District Judge