IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDY NICHOLAW,                                    No. C-07-2522 MMC

       Plaintiff                                **ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; VACATING HEARING**

  v.

WALT DISNEY CO., et al.,

       Defendants

                                   /

       Before the Court is plaintiff's Notice of Motion for Preliminary Injunction, filed May 24, 2007. Because plaintiff noticed a hearing for August 17, 2007, any opposition was due no later than July 27, 2007. See Civil L.R. 7-3(a) (providing opposition must be filed no later than 21 days before hearing date). Plaintiff, however, has failed to file proof of valid service of the summons, complaint and motion on any defendant,[1] and, consequently, no opposition or other response by any defendant has been filed.

       By order filed May 18, 2007, the Court informed plaintiff it would not rule on any motion for a preliminary injunction unless plaintiff first filed proof of service of the summons and complaint on defendants. As a matter of law, "[n]o preliminary injunction shall be

---

[1] By order filed June 25, 2007, the Court denied plaintiff's request for entry of default as to all defendants, on the ground plaintiff had not demonstrated proper service of process in compliance with the Federal Rules of Civil Procedure.

issued without notice to the adverse party." See Fed. R. Civ. P. 65(a)(1).

Accordingly, plaintiff's motion for a preliminary injunction is hereby DENIED.[2]

**IT IS SO ORDERED.**

Dated: August 3, 2007

MAXINE M. CHESNEY
United States District Judge

---

[2]The August 17, 2007 hearing is hereby VACATED.

2