United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY NICHOLAW, | No. C 07-2522 MMC |
| Plaintiff, | **ORDER TO SHOW CAUSE; DIRECTING SERVICE** |
| v. | |
| WALT DISNEY CO., et al., | |
| Defendants.      / | |

    On August 17, 2007, plaintiff failed to appear as ordered at the scheduled Case Management Conference.

    The Court also notes that plaintiff has failed to provide proof that he has properly served any defendant with a copy of the summons and complaint. This action was filed on May 11, 2007. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, plaintiff is required to serve defendant no later than September 11, 2007. See Fed. R. Civ. P. 4(m) (requiring service within 120 days of filing complaint).

    Accordingly, the Court rules as follows:

    1. Plaintiff shall show cause in writing, filed no later than September 11, 2007, why this action should not be dismissed for his failure to appear at the Case Management Conference.

    2. Plaintiff shall serve each defendant with the summons and a copy of the complaint and shall file proof of such service no later than September 11, 2007.

3.  If plaintiff fails to show cause as ordered, the action will be dismissed without prejudice pursuant to Rule 41(b) for failure to prosecute; if, as to any defendant, plaintiff fails to provide proof of service as ordered, the action will be dismissed without prejudice pursuant to Rule 4(m) as to such defendant.

**IT IS SO ORDERED.**

Dated: August 20, 2007

_____
MAXINE M. CHESNEY
United States District Judge

2