**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**

Date: AUG 17 2007

C-07-2522-MMC

Andy Nicholaw    v    Walt Disney Co. et al

Attorneys: NO APPEARANCE

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**FILED**

AUG 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Court to issue order to show cause. (No appearance by π - 11:00 A.M.)

(✓) ORDER TO BE PREPARED BY:    Plntf____  Deft____  Court ✓

( ) Referred to Magistrate For: _____
    ( ) By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____    Trial Date _____    Set for _____ days
Type of Trial: ( ) Jury  ( ) Court
Notes: _____

cc: Chamber file