IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDY NICHOLAW,

        Plaintiff,

  v.

WALT DISNEY CO., et al.,

        Defendants
                                                      /

No. C 07-2522 MMC

**ORDER DISMISSING ACTION**

       By order filed August 20, 2007, the Court ordered plaintiff to show cause, no later than September 11, 2007, why the above-titled action should not be dismissed in light of plaintiff's having failed to appear at the August 17, 2007 Case Management Conference and having failed to file proof of proper service of process on any defendant.

       Plaintiff has not filed a response to the Court's order within the time specified in the Court's order, nor has plaintiff filed proof of proper service of the summons and complaint upon any defendant.

       Accordingly, the above-titled action is hereby DISMISSED, without prejudice, for failure to prosecute and for failure to timely serve defendants.

       **IT IS SO ORDERED.**

Dated: September 19, 2007

_____
MAXINE M. CHESNEY
United States District Judge